UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No.  3:07-CR-18 RL |
| CHEVELLA BENNETT, | ) |
| Defendant. | ) |

### ORDER

No objections have been filed to Magistrate Judge Nuechterlein's findings and recommendations upon a plea of guilty issued on November 9, 2007 (Docket No. 27). Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Chevella Bennett's plea of guilty, and FINDS the defendant guilty of Count 4 of the Indictment, in violation of 26 U.S.C. § 7206(2) and 18 U.S.C. § 2.

SO ORDERED.

DATED:  12/12/07

/s/ RUDY LOZANO
Judge, United States District Court
Northern District of Indiana